STATE OF NEW JERSEY v. WAYNE STILL.

February 17, 1971. Petition for certification denied. (See 112 *N. J. Super.* 368).

ADMIRAL CORPORATION, METROPOLITAN DIVISION, INC., *ET AL.* v. WILLIAM J. JONES, *ET AL.*

February 17, 1971. Petition for certification denied.

FRANCES MURRAY, *ET AL.* v. ANDREW MICHALAK, *ET AL.*

February 17, 1971. Petition for certification granted.

GINGER CREEK HOMES, INC., *ET AL.* v. JACKSON TOWNSHIP, *ET AL.*

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ANTOINE WILLSON PAETROVAR.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD HOLLAND, *ET AL.*

February 17, 1971. Petition for certification denied.